# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GENARO LOPEZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1429 |
| SOVEREIGN BANK, N.A., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER CONVERTING DEFENDANTS' MOTION TO DISMISS
## INTO MOTION FOR SUMMARY JUDGMENT

In their Motion for Leave to Supplement and Brief in Opposition to Plaintiffs' Assertion of Statute of Limitations as an Affirmative Defense, (Docket Entry No. 31), the defendants ask that "the Plaintiffs' claim for declaratory judgment based upon limitations be dismissed." (*Id.*). Because the defendants rely on evidence outside the pleadings, however, (Docket Entry Nos. 31-1; 31-2; 32-1; 32-2; 32-3), the court converts their motion into one for summary judgment. *See* Fed. R. Civ. P. 12(d). The plaintiffs have fourteen days, or until November 25, to respond with "all the material that is pertinent to [a Rule 56] motion," *id.*

SIGNED on November 10, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge